# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143902 & (28)(29)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LESTER SINGLETON, JR.,
      Defendant-Appellant.

SC: 143902
COA: 300638
Wayne CC: 07-008882-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 30, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for a concise statement is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

d1219